# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br><br>             Plaintiff,<br><br>     v.<br><br>KEVIN N. TWEED, et al.,<br><br>             Defendants. | Case No.  1:16-cv-00713-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 6)<br><br>Thirty-Day Deadline |

On July 18, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:     **July 19, 2016**

UNITED STATES MAGISTRATE JUDGE

1