# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY, | Case No. 1:16-cv-00713-LJO-SAB |
| Plaintiff, | ORDER FOR PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| KEVIN TWEED, et al., | FOURTEEN DAY DEADLINE |
| Defendants. | |

Plaintiff filed a complaint in this action on May 22, 2016.  On July 18, 2016, Plaintiff filed a notice of settlement.  (ECF No. 6.)  On July 20, 2016, the Court issued an order for the parties to file dispositional documents within thirty days from the date of service of the order.  (ECF No. 7.)  The order was electronically served on the parties through CM/ECF on July 20, 2016.  Therefore, the deadline for the parties to file dispositional documents was August 22, 2016.  The parties have failed to file dispositional documents or otherwise respond to the Court's order.

Accordingly, the Court HEREBY ORDERS THE PARTIES TO SHOW CAUSE within **fourteen (14) days** of the date of entry of this order why sanctions should not issue for the failure to file dispositive documents in compliance with the July 20, 2016 order.  **The parties are forewarned that the failure to show cause may result in the imposition of sanctions,**

1

**including but not limited to monetary sanctions and the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated: __September 7, 2016__

UNITED STATES MAGISTRATE JUDGE