# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN TWEED, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00713-LJO-SAB<br><br>ORDER DISCHARGING SEPTEMBER 7, 2016 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 8, 10, 11) |

On September 7, 2016, an order issued requiring the parties to show cause why sanctions should not issue for the failure to file dispositive documents in compliance with the July 20, 2016 order. (ECF No. 8.) Plaintiff and Defendants filed responses on September 15, 2016. (ECF Nos. 10, 11.) Based on the parties' responses, the Court shall discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that the order to show cause filed September 7, 2016, is DISCHARGED.

IT IS SO ORDERED.

Dated:  **September 16, 2016**

UNITED STATES MAGISTRATE JUDGE

1